UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Krishna Madagoni
800 Columbus Rd
Burlington, NJ 08016.   Ph: 848-391-3741.

*(In the space above enter the full name(s) of the plaintiff(s).)*

RECEIVED
AUG 05 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

- against -

Peterson
Department of the Treasury
Internal Revenue service
OGDEN UT 84201-0038

**COMPLAINT**

Jury Trial: [ ] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name             Krishna Madagoni
            Street Address   800 Columbus Rd
            County, City     Burlington, NJ 08016
            State & Zip Code
            Telephone Number 848-391-3741

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _____ Peterson _____
Street Address _____ Department of Treasury, IRS _____
County, City _____ OGDEN _____
State & Zip Code _____ UT 84201-0038 _____

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
   [ ] Federal Questions
   [ ] Diversity of Citizenship
   [ ] U.S. Government Plaintiff
   [✓] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _Employment Retention Credit denial._

B.  What date and approximate time did the events giving rise to your claim(s) occur? _July 18, 2024_ _Ref letter:- 0448626882._

**What happened to you?**

C.  Facts: _ERC denied without basic facts. IRS says my company was not operating during the time period of 2020-2021, I am attaching all my evidence to support the claims. My company was operating during the ERC credit time. I am submitting 941, W2, contracts, Insurance copies as evidence._

**Who did what?** _IRS_

**Was anyone else involved?** _IRS Employment Retention Credit handling team._

**Who else saw what happened?**

-3-

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Employment Retention Credit Refund, 108, v

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __5__ day of __August__, 20__24__.

Signature of Plaintiff _M. Krushy_
Mailing Address _800 Columbus Rd_
_Burlington, NJ 08016_

Telephone Number _848-391-3741_
Fax Number *(if you have one)*
E-mail Address _KRISRAT1988@gmail.com_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _M. Krushy_

August 2, 2024

Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

RE: Employee Retention Credit refund denial, IRS ref. 0448626882

To Whom It May Concern:

Please be advised that I am the Owner of Madagoni, LLC, located at 247 East Front Street, Suite 109, Trenton, New Jersey. We are a small minority, staffing and employment business providing employment opportunities and paying taxes.

I applied for an Employment Retention Credit (ERC) in July 2023 in the amount of $108,035.01 for which I received a denial letter, dated July 18, 2024, from the IRS under reference number 0448626882. The letter states, in summary, that it has been determined that based upon a review of IRS records, Madagoni, LLC is not an eligible employer for the purposes of the ERC because Madagoni, LLC was not operating a trade or business during the relevant periods.

I wish to oppose the IRS decision. Madagoni, LLC was operating the entirety of 2020 and 2021 and continues to operate a consulting and staffing company in the IT and Pharmaceutical industries. Madagoni, LLC has active employees employed during the ERC claiming periods, supported by 941s during 2020 and 2021, W2s, and contracts. Furthermore, Madagoni, LLC paid employer taxes to the IRS in 2020-2023a and has employed individuals from 2020 to the present.

The IRS has ignored my submissions and inappropriately denied my claim. While I am afforded the opportunity to utilize the IRS appellate process, their backlog is a major deterrent. Pursuant to the above, I respectfully request that the District Court review my submissions, find them adequate, and order the issuance of a refund.

Thank you for your consideration.

Respectfully submitted,

*[signature]*
Krishna Madagoni, Owner, Madagoni, LLC
EIN 83-0894740
247 East Front Street, Ste. 109
Trenton, NJ 08611